IN THE UNITED STATES DISTRICT COURT FILED
FOR THE NORTHERN DISTRICT OF ALABAMA 02 MAY 16 PM 1:3"
NORTHEASTERN DIVISION

U.S. ............ ..... 'I
N.D. OF ALABAMA

| | | |
|---|---|---|
| OLPHUES LEE RICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 01-S-1924-NE |
| | ) | |
| SLATE SECURITY SYSTEMS, INC., et.al., | ) | ENTERED |
| | ) | |
| Defendants. | ) | MAY 1 6 2002 |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 15, 2002, recommending

that the due process, equal protection, and threat claims against defendants Hadley, Dunlap, and

Burros, and all claims against defendants SSSI and Slate filed pursuant to 42 U.S.C. § 1983 be

dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b).

The magistrate judge further recommended that the cruel and unusual punishment claims against

Hadley, Dunlap, and Burros for allegedly denying and/or delaying the plaintiff's medical care be

referred to the magistrate judge for further proceedings. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file,

including the report and recommendation, the Court is of the opinion that the magistrate judge's

report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly,

the due process, equal protection, and threat claims against defendants Hadley, Dunlap, and

Burros, and all claims against defendants SSSI and Slate complaint are due to be dismissed for

failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). Further,

the cruel and unusual punishment claims against Hadley, Dunlap, and Burros for allegedly denying

14

and/or delaying the plaintiff's medical care are due to be referred to the magistrate judge for further proceedings.

An appropriate order will be entered.

DONE on the _16th_ day of _May_, 2002.

_____
UNITED STATES DISTRICT JUDGE

2