UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
02 OCT -4 AM 11: 16
U.S. DISTRICT COURT
N.D. OF ALABAMA

OLPHUES LEE RICE,           )
                            )
        Plaintiff,          )
                            )
v.                          )    CV 01-S-1924-NE
                            )
WARDEN HADLEY, et.al.,      )
                            )
        Defendants.         )

ENTERED
OCT 4 2002

## MEMORANDUM OF OPINION

The magistrate judge filed a second report and recommendation on August 15, 2002, recommending that the motions for summary judgment filed in behalf of defendants Hadley, Dunlap, and Burrow be granted. Specifically, the magistrate judge recommended that plaintiff's claims of inadequate medical care against defendants Hadley, Dunlap, and Burrow be dismissed with prejudice. No objections have been filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact with regard to plaintiff's inadequate medical care claims against defendants Hadley, Dunlap, and Burrow and defendants Hadley, Dunlap, and Burrow are entitled to judgment as a matter of law. Accordingly, the motions for summary judgment filed in behalf of defendants Hadley, Dunlap, and Burrow are due to be GRANTED and the plaintiff's claims are due to be DISMISSED WITH PREJUDICE.

An appropriate order will be entered.

DONE this the 4th day of October, 2002.

_____
UNITED STATES DISTRICT JUDGE

19